THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRIS GRAY, Appellant.

Argued October 18, 1948; decided November 18, 1948.

*Alexander I. Rorke* and *P. Vincent Viggiano* for appellant. *Frank S. Hogan, District Attorney (Whitman Knapp* and *Charles W. Manning* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.